# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER CHARLES EARLY (#06250-095)** | **CIVIL ACTION** |
| **VERSUS** | |
| **AGENT BENNETT, ET AL.** | **NO. 13-0479-BAJ-RLB** |

## NOTICE

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

    In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

    Signed in Baton Rouge, Louisiana, on August 21, 2014.

                              **RICHARD L. BOURGEOIS, JR.**
                              **UNITED STATES MAGISTRATE**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER CHARLES EARLY (#06250-095)          CIVIL ACTION

VERSUS

AGENT BENNETT, ET AL.                           NO. 13-0479-BAJ-RLB

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On or about July 1, 2013, the *pro se* plaintiff, a federal inmate incarcerated at the Federal Medical Center in Butner, North Carolina, filed this proceeding, presumably pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), against Agent Bennett, Agent Underwood and an unnamed federal agent, complaining that the defendants took his legal papers in December, 2013, while they were transporting him from one location to another by airplane, and that all or part of his legal papers have not been returned to him.

By correspondence dated September 4, 2013 (Rec. Doc. 5), the Court directed the plaintiff to submit to the Court, within twenty-one (21) days, a properly completed Statement of Account, a copy of which was attached to the referenced correspondence, certifying to the average six-month deposits and balance in his inmate account(s). *Id.* The plaintiff was specifically notified that, "failure to amend the pleadings and/or provide the requested information or forms as indicated will result in the dismissal of your suit by the Court without further notice." *Id.*

A review of the record by the Court reflects that, despite notification of the need to submit a properly completed Statement of Account within twenty-one (21) days, the plaintiff has

failed to respond to the Court's directive. Accordingly, he has failed to provide the Court with the information and documentation that the Court requires in order to assess an appropriate initial partial filing fee pursuant to 28 U.S.C. § 1915(b). In the absence of the requested documentation, the Court is unable to proceed as required in this case. Accordingly, because of the plaintiff's failure to correct the deficiencies of which he was notified and because of his failure to provide any justification for disregarding the Court's directive, it is appropriate that this action be dismissed, without prejudice.

## RECOMMENDATION

It is recommended that the above-captioned proceeding be dismissed, without prejudice, for failure of the plaintiff to correct the deficiencies of which he was notified.

Signed in Baton Rouge, Louisiana, on August 21, 2014.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**