UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER CHARLES EARLY (#06250-095) | CIVIL ACTION |
| VERSUS | |
| AGENT BENNETT, ET AL. | NO.: 3:13-cv-00479-BAJ-RLB |

### RULING AND ORDER

Before the Court is Plaintiff's **COMPLAINT (Doc. 1)**. The Magistrate Judge has issued a **REPORT (Doc. 6)**, recommending that "the above-captioned proceeding be dismissed, without prejudice, for failure of the plaintiff to correct the deficiencies of which he was notified" by letter from the Clerk of Court dated September 4, 2013. (*Id.* at p. 3; *see* Doc. 5 (Letter of Deficiency)). Petitioner does not object to the Magistrate Judge's Report.

Having carefully considered Plaintiff's **COMPLAINT (Doc. 1)** and related filings, the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 6)** and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Petitioner's **COMPLAINT (Doc. 1)** is **DISMISSED WITHOUT PREJUDICE.**

Baton Rouge, Louisiana, this 18th day of September, 2014.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA